Jane N. Kespradit, Esq. (SBN 270124)
Jane.Kespradit@LimNexus.com
George T. Busu, Esq. (SBN 235993)
George.Busu@LimNexus.com
**LimNexus LLP**
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017
Tel: (213) 955-9500 | Fax: (213) 955-9511

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS GEWANT AND SHARON INSUL,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. AND WELLS FARGO BANK, N.A.<br><br>Defendants. | Case No. 2:24-cv-5675<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**<br><br>State Action Filed: May 31, 2024 |

Pursuant to Local Rule 7.1-1 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for defendant JPMorgan Chase Bank, N.A. ("Chase"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Chase is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly-held company.

2. JPMorgan Chase & Co. does not have a parent corporation and no publicly-held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly-held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Dated: July 5, 2024

LIMNEXUS LLP

By: /s/ Jane N. Kespradit
Jane N. Kespradit
George T. Busu
Attorneys for Defendant
JPMorgan Chase Bank, N.A.