JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DENNIS GEWANT et al., <br><br> Plaintiffs, <br><br> v. <br><br> JP MORGAN CHASE BANK, N.A. et al., <br><br> Defendants. | Case No. 2:24-cv-05675-SB-JPR <br><br> ORDER DISMISSING WITH PREJUDICE DEFENDANT WELLS FARGO BANK, N.A. |

Having considered the stipulation of Plaintiffs and Defendant Wells Fargo Bank, N.A. to dismiss pursuant to Federal Rule of Civil Procedure 41(a), the Court hereby ORDERS as follows:

1. Plaintiffs' entire complaint against Wells Fargo, including all claims alleged therein, is dismissed with prejudice; and

2. Each party shall bear their own attorney fees and costs.

Date: December 4, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge